UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1979
Attorney for the Debtor

In Re:

Danetia D. Welch,

Case No.: 23-14832
Chapter: 13
Adv. No.: 
Hearing Date: 11 / 8 / 2023
Judge: MBK

## CERTIFICATION OF SERVICE

1. I, _____Donald C. Goins, Esq._____ :

   ☒ represent _____the debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____October 4, 2023_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   - Notice of Chapter 13 Plan Transmittal
   - Chapter 13 Plan
   - Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 4, 2023

/s/ Dona;d C. Goins, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ecf<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Managing Agent<br>Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024 | Secured Creditor with lien on 2018 Nissan Altima | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Danetia D. Welch<br>71 Wellington Place<br>Burlington, NJ 08016 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |