| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) DONALD C. GOINS, ESQ. (DCG1005) GOINS & GOINS, LLC 323 Washington Avenue Elizabeth, New Jersey 07202 (908) 351-1984 Fax: (908) 351-1982 Attorney for Debtor | Case No.: | 23-14832 |
| | Chapter: | 13 |
| In Re: Danetia D. Welch | Adv. No.: | |
| | Hearing Date: | 1/24/2024 |
| | Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, ____Donald C. Goins, Esq.____ :

    ☒ represent ____Debtor____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ____December 22, 2023____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Chapter 13 Modified Plan
    Notice of Chapter 13 Plan Transmittal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/22/2023                                    /s/Donald C. Goins, Esq.
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Auto Finance<br>AIS Portfolio Services, LLC<br>4515 N. Sante Fe Ave., Dept. APS<br>Oklahoma City, OK 73118 | Secured Creditor Auto Loan | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Danetia D. Welch<br>71 Wellington Place<br>Burlington, NJ 08016 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |