| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-14832 / MBK**

Danetia D Welch

Petition Filed Date: 06/02/2023
341 Hearing Date: 06/29/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $1,002.00 | 4324001234 | 09/15/2023 | $501.00 | 28872973416 | 10/10/2023 | $501.00 | 28880011034 |
| 11/17/2023 | $501.00 | | 12/19/2023 | $501.00 | | 01/22/2024 | $501.00 | |

**Total Receipts for the Period: $3,507.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,507.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Danetia D Welch | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Donald C. Goins, Esq.<br>»» AMENDED DISCLOSURE 1/18/24 | Attorney Fees<br>No Disbursements: No Check | $3,313.00 | $0.00 | $3,313.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» NP/26TENNYSON LN/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE | Unsecured Creditors | $9,565.34 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,018.27 | $0.00 | $0.00 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»» 2018 NISSAN ALTIMA | Debt Secured by Vehicle<br>Hold Funds: Pending Resolution | $16,525.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 2018 NISSAN ALTIMA | Unsecured Creditors<br>Hold Funds: Pending Resolution | $5,467.44 | $0.00 | $0.00 |
| 6 | MIDFIRST BANK<br>»» NP/26 TENNYSON LANE/1ST MTG/SV 10/26/23 | Mortgage Arrears<br>Hold Funds: Stay Vacated | $40,789.29 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-14832 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,507.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $501.00 |
| Paid to Trustee: | $274.53 | Arrearages: | $0.00 |
| Funds on Hand: | $3,232.47 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

